**No. 68909.**—Vandegrift Forwarding Co., Inc. *v.* United States, protests 64/4480 and 64/4481 (New York).

Opinion by NICHOLS, J. Since the protests were filed more than 60 days after liquidation, they were dismissed as untimely, by virtue of section 514, Tariff Act of 1930.